■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN GRIFFIN, Appellant.—Appeal by the defendant, as limited by his motion, from an amended sentence of the County Court, Westchester County (Nastasi, J.), imposed January 4, 1983.

Ordered that the appeal is dismissed as academic.

The defendant has served his amended sentence. Mollen, P. J., Mangano, Thompson and Spatt, JJ., concur.